IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HALEY C. REYNOLDS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 15-0422-C |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $941.80 under the Equal Access to Justice Act, representing compensation for 5 hours of service by Ann Winslow Butts, Esquire, at the cost-of-living-adjusted rate of $188.36.

**DONE** this the 22nd day of November, 2016.

 s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**